

# NUMBER 13-18-00372-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BROOKFIELD INFRASTRUCTURE GROUP, LLC

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Rodriguez, Benavides, and Longoria**
**Order Per Curiam**

Relator Brookfield Infrastructure Group, LLC (Brookfield) filed a petition for writ of mandamus and emergency motion for temporary relief in the above cause on July 10, 2018. Through this original proceeding, Brookfield requests that this Court order the trial court to: (1) vacate its July 3, 2018 order overruling Brookfield's objections to the special master's recommended discovery order; (2) vacate the trial court's July 3, 2018 order adopting the special master's recommended order; and (3) adopt Brookfield's proposed discovery order or, alternatively, modify the trial court's July 3, 2018 order. Through its emergency motion for temporary relief, Brookfield seeks to stay the trial court's July 3,

2018 discovery order until thirty days after this Court's final disposition of the petition for writ of mandamus, including any motions for rehearing that might be filed by Brookfield.

The Court, having examined and fully considered the emergency motion for temporary relief, is of the opinion that the motion should be granted in part and denied in part. The emergency motion for temporary relief is GRANTED and the trial court's order of July 3, 2018 is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). All other relief sought by the emergency motion for temporary relief is DENIED.

The Court requests that the real parties in interest, Matagorda County Appraisal District, Tres Palacios Holdings, LLC, and Tres Palacios Gas Storage, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of July, 2018.